**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

------------

**No. 97-2480**

------------

OLUDARE OGUNDE,

Plaintiff - Appellant,

versus

DEPARTMENT OF THE TREASURY, United States
Secret Service; DANA A. BROWN; DAVID G.
CARPENTER; JOHN RYAN; ANNE TABOR; DANIEL
WOLOSZYNOWSKI; PAUL A. HACKENBERRY; JODY LUKE;
OTHER UNKNOWN EMPLOYEES OF THE DEPARTMENT OF
TREASURY AND THE UNITED STATES SECRET SERVICE,

Defendants - Appellees.

------------

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-97-586-AM)

------------

Submitted: February 12, 1998       Decided: February 24, 1998

------------

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

------------

Affirmed by unpublished per curiam opinion.

------------

Oludare Ogunde, Appellant Pro Se. Gordon Dean Kromberg, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

------------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing his civil action and denying his Fed. R. Civ. P. 59(e) motion for reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ogunde v. Department of Treasury, No. CA-97-586-AM (E.D. Va. Sept. 25 & Oct. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2